MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: DUONG, LIEU

Chapter 7 Case No. 10-30588-GFK

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| FAIRVIEW<br>CENTRAL BUSINESS OFFICE<br>400 STINSON NBLVD<br>MINNEAPOLIS MN 5413 | 1 | $275.23 | $15.68 |

Date: April 28, 2011

Michael J. Iannacone, TRUSTEE

RECEIVED 11 APR 29 AM 11:48 U.S. BANKRUPTCY COURT ST. PAUL, MN